HON. ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THERESE BEEMSTER,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>HOME DEPOT U.S.A., INC., and<br>SCHILLER GROUNDS CARE, INC.,<br>and JOHN DOE,<br><br>　　　　　　　　Defendants. | No.  2:20-cv-01448-RSL-SKV<br><br>ORDER OF DISMISSAL WITH PREJUDICE<br>AND WITHOUT COSTS |

ORDER

THIS MATTER having come before the undersigned judge on stipulation of the parties, now, therefore, it is hereby

ORDERED that all claims of any party that were brought or could have been brought in this action against any other party shall be, and hereby are, dismissed with prejudice and without costs or fees to any party, and this case will accordingly be dismissed and closed.

DATED this __12th__ day of __November__, 2021.

_/s/ Robert S. Lasnik_
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF
DISMISSAL - 1

Law Office of James F. Whitehead
PO BOX 84567
Seattle, WA 98124
(206) 448-0100

Presented by:

LAW OFFICE OF JAMES F. WHITEHEAD

/s/ James F. Whitehead
James F. Whitehead, WSBA #6319
Attorney for Plaintiff Beemster

Approved as to form and presentation waived:

GORDON REES SCULLY MANSUKHANI

/s/ Patrick T. Jordan
Patrick T. Jordan, WSBA #40292
Attorneys for Defendants Home Depot and Schiller Grounds Care